UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN FRIENDS SERVICE COMMITTEE et al.,

Plaintiffs,

-v-

PRESIDENT DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,

Defendants.

26-CV-6830 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On June 24, 2026, Judge Kimberly Prost et al. filed a Complaint in 26-CV-5305. *See* 26-CV-5305, ECF No. 1. On July 15, 2026, Democracy for the Arab World et al. filed a similar Complaint in 26-CV-5957. *See* 26-CV-5957, ECF No. 1. On August 11, 2026, Plaintiffs American Friends Service Committee et al. filed a similar complaint in 26-CV-6830. *See* 26-CV-6830, ECF No. 1. Plaintiffs American Friends Service Committee et al. also filed statements identifying this case as related to 26-CV-5305 and 26-CV-5957. *See* 26-CV-6830, ECF Nos. 13, 14. No later than **August 26, 2026**, the parties in this case shall confer and file a joint letter addressing next steps in light of the two related cases, including any potential impact that the ongoing preliminary injunction motion practice in 26-CV-5305 and 26-CV-5957 might have on 26-CV-6830.

SO ORDERED.

Dated: August 18, 2026
New York, New York

JESSE M. FURMAN
United States District Judge