FOLEY HOAG LLP

1301 Avenue of the Americas, 25th Floor
New York, NY 10019

212.812.0400 main
212.812.0399 fax

Andrew B. Loewenstein
aloewenstein@foleyhoag.com

August 24, 2026

**Via ECF**

Hon. Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *American Friends Service Committee, et al. v. Trump, et al.*, Case No. 26-cv-6830, Plaintiffs' Consented-to Motion for Leave to File Preliminary Injunction Motion Exceeding Word Limit and to Set Briefing Schedule

Dear Judge Furman:

This firm represents Plaintiffs American Friends Service Committee, Center for Constitutional Rights, Human Rights Watch, and Open Society Institute in the above captions action.

Plaintiffs write jointly with Defendants respectfully to request the following briefing schedule concerning their anticipated motion for preliminary injunction:

- Defendants file their opposition no later than 30 days after Plaintiffs' motion.
- Plaintiffs file their reply no later than 21 days after Defendants' opposition.
- *Amicus* briefs in support of the motion for a preliminary injunction are due no later than 20 days after Plaintiffs' motion.
- *Amicus* briefs in support of any opposition to the motion for a preliminary injunction are due no later than 14 days after the due date for Defendants' opposition.

In addition, the Parties respectfully request leave, pursuant to Local Civil Rule 7.1(c), for each Party to file a memorandum of law in support of, and in opposition to, Plaintiffs' anticipated motion for a preliminary injunction, respectively, that exceeds the 8,750-word limit. The memoranda of law will be no more than 26,000 words. As good cause for the request, the Parties respectfully suggest that number of claims and legal issues they implicate merit the expanded word limit they have requested.

Respectfully submitted,

/s/ Andrew B. Loewenstein
Andrew B. Loewenstein
*Counsel for Plaintiffs*

cc: All Counsel of Record (via ECF)