FOLEY HOAG LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

617 832 1000 *main*
617 832 7000 *fax*

Andrew B. Loewenstein
aloewenstein@foleyhoag.com

August 26, 2026

**Via ECF**

Hon. Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *American Friends Service Committee, et al. v. Trump, et al.*, Case No. 26-cv-6830 (JMF)

Dear Judge Furman:

Per the Court's August 18, 2026 order, the parties have conferred and submit this joint letter addressing next steps in light of the two related cases.

The Court is respectfully requested to adjudicate each of the pending preliminary injunction motions in the related cases, as well as the preliminary injunction motion Plaintiffs will file in this case, *see* ECF No. 37 (adopting briefing schedule for forthcoming preliminary injunction motion) separately and on its own merits. Any impact that the existence of related cases may have should be evaluated following the Court's disposition of the preliminary injunction motions. The government does not oppose this proposed approach.

Respectfully submitted,

/s/ Andrew B. Loewenstein
Andrew B. Loewenstein
*Counsel for Plaintiffs*