**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN FRIENDS SERVICE COMMITTEE, CENTER FOR CONSTITUTIONAL RIGHTS, HUMAN RIGHTS WATCH, and OPEN SOCIETY INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES DEPARTMENT OF STATE; MARCO A. RUBIO, in his official capacity as Secretary of State; UNITED STATES DEPARTMENT OF THE TREASURY; SCOTT K. H. BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as Attorney General; OFFICE OF FOREIGN ASSETS CONTROL; and BRADLEY T. SMITH, in his official capacity as Director of the Office of Foreign Assets Control,<br><br>Defendants. | Civil Action No. 26-cv-6830-JMF |

**<u>NOTICE OF MOTION FOR PRELIMINARY INJUNCTION</u>**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declarations of Joyce Ajlouny, Elizabeth Evenson, Katherine Gallagher, James Goldston, and Professor Harold Hongju Koh, Plaintiffs will move this Court, before the Hon. Jesse M. Furman, United States District Judge, for an order granting a preliminary injunction pursuant to Rule 65 of

the Federal Rules of Civil Procedure, enjoining Defendants and their officers, directors, members, agents, servants, employees, and all others acting in concert or participating with any of the foregoing persons and entities from implementing and enforcing, Executive Order 14,203, *Imposing Sanctions on the International Criminal Court*, its implementing regulations and all designations thereunder, and directing Defendants Smith and OFAC to remove all designations thereunder from OFAC's Specially Designated Nationals List.

Plaintiffs further request any other relief as the Court deems just and proper.

Dated: September 1, 2026

Respectfully submitted,

**AMERICAN FRIENDS SERVICE COMMITTEE,**
**CENTER FOR CONSTITUTIONAL RIGHTS,**
**HUMAN RIGHTS WATCH, and**
**OPEN SOCIETY INSTITUTE,**

By their attorneys,
*/s/ Andrew B. Loewenstein*

Andrew B. Loewenstein (*pro hac vice*)
Amir Farhadi (*pro hac vice*)
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
617-832-1000
aloewenstein@foleyhoag.com
afarhadi@foleyhoag.com

Nicholas M. Renzler (NR1608)
Christina Hernsdorf (5641931)
Hannah E. Sweeney (6202584)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
212-812-0400
nrenzler@foleyhoag.com
chernsdorf@foleyhoag.com
hsweeney@foleyhoag.com

Rawda Fawaz (*pro hac vice*)
FOLEY HOAG LLP
1717 K Street N.W.
Washington, DC 20006
202-223-1200
rfawaz@foleyhoag.com

*Counsel for Plaintiffs*