UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

AMERICAN FRIENDS SERVICE COMMITTEE et al.,

Plaintiffs,

-v-

PRESIDENT DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-6830 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Given the substantial overlap between the claims and arguments made by Plaintiffs American Friends Service Committee et al. in this case and those raised by Democracy for the Arab World et al. in 26-CV-5957 and Judge Kimberly Prost et al. in 26-CV-5305, the Government Defendants are encouraged, in their forthcoming opposition to Plaintiffs' motion for a preliminary injunction, to incorporate by reference as much of their earlier briefs as appropriate and to focus on issues specific to the claims and arguments here (such as the Religious Freedom Restoration Act claim brought by Plaintiff American Friends Service Committee). Plaintiffs are similarly encouraged, in their reply, to incorporate by reference as much of the Plaintiffs' reply briefing in 26-CV-5957 and 26-CV-5305 as is appropriate.

SO ORDERED.

Dated: September 3, 2026
New York, New York

JESSE M. FURMAN
United States District Judge