FOLEY HOAG LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

617 832 1000 *main*
617 832 7000 *fax*

Andrew B. Loewenstein
aloewenstein@foleyhoag.com

September 10, 2026

**Via ECF**

Hon. Jesse M. Furman
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

Re: *American Friends Service Committee et al. v. Trump et al.*, Case No. 26-cv-6830

Dear Judge Furman:

This Firm represents Plaintiffs in the above-captioned matter. We write, with Defendants' consent, to respectfully request a two-day extension of the deadline for the filing of *amicus* briefs in support of Plaintiffs' motion for a preliminary injunction.

Pursuant to the Court's August 24, 2026 Order, ECF No. 37, *amicus* briefs in support of Plaintiffs' motion are due no later than 20 days after the filing of Plaintiffs' motion. That deadline falls on Yom Kippur (September 21, 2026). Plaintiffs respectfully request that the Court extend this deadline by two days to ensure that counsel and *amici* who observe the holiday are not prejudiced by the scheduling conflict.

This is the first request for a modification of the *amicus* briefing schedule set by the Court's August 24, 2026 Order. We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Andrew B. Loewenstein
Andrew B. Loewenstein
*Counsel for Plaintiffs*