September 22, 2026

**VIA ECF**

Hon. Jesse M. Furman
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *American Friends Service Committee v. Trump*, No. 26-cv-6830 (JMF)

Dear Judge Furman:

The Brennan Center for Justice at NYU School of Law respectfully seeks the Court's leave to file the attached brief as *amicus curiae* in support of Plaintiffs' motion for preliminary injunction in the above-captioned case. Plaintiffs consent to the filing of this brief, and Defendants have communicated that they take no position. A proposed order accompanies this letter motion.

The Brennan Center is a nonprofit, nonpartisan law and public policy institute that seeks to strengthen, revitalize, and defend our systems of democracy and justice. The Brennan Center's Liberty and National Security program uses innovative policy recommendations, litigation, and public advocacy to advance effective national security policies that respect the rule of law, constitutional rights, and the separation of powers. Program staff have conducted extensive research and advocacy on presidential emergency powers, including the statutes at issue in this case: the National Emergencies Act (NEA) and the International Emergency Economic Powers Act (IEEPA). *See, e.g.*, Andrew Boyle, Brennan Center for Justice, *Checking the President's Sanctions Powers* (2021), https://perma.cc/V2ZG-573P; *Hearing on Restoring Congressional Oversight over Emergency Powers: Exploring Options to Reform the National Emergencies Act Before the S. Comm. on Homeland Sec. and Governmental Affs.*, 118th Cong. (2024) (statement of Elizabeth Goitein, Brennan Center for Justice), https://perma.cc/4TJL-3QTR.

Although there is "no governing standard, rule or statute prescribing the procedure for obtaining leave to file an amicus brief in the district court" and granting leave to file "lies in the firm discretion of the district court," *SEC v. Ripple Labs, Inc.*, No. 20-cv-10832, 2021 WL 4555352, at *5 (S.D.N.Y. Oct. 4, 2021) (citation and quotation marks omitted), *amicus* briefs will "normally be allowed . . . when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide," *Auto. Club of N.Y., Inc. v. Port Auth. of N.Y. & N.J.*, No. 11-cv-6746, 2011 WL 5865296, at *2 (S.D.N.Y. Nov. 22, 2011). The brief presented by the Brennan Center draws on the relevant expertise of its Liberty and National Security program to provide a unique perspective on a central question at issue in Plaintiffs' motion for preliminary injunction. The proposed brief provides important context

regarding the purpose behind Congress's enactment of the NEA and IEEPA, and it explains why the sanctions regime that Plaintiffs challenge undermines Congress's intent to rein in presidential uses of emergency powers and ensure that such powers would not be used as substitutes for non-emergency legislation. The proposed brief also discusses the role of the judiciary in checking abuses of emergency powers.

The Brennan Center has a special interest in the subject matter and outcome of this case. Interpreting the NEA and IEEPA to permit the sanctions regime at issue or to bar judicial review of the same could have spillover effects on the 137 other statutory authorities unlocked upon the president's declaration of a national emergency, enabling "rule by emergency power" and posing a serious threat to the constitutional separation of powers.

For the foregoing reasons, the Brennan Center respectfully requests that the Court grant this letter motion and permit counsel to file the accompanying brief of *amicus curiae*.

Dated: September 22, 2026

Respectfully submitted,

*/s/ Katherine Yon Ebright*
Katherine Yon Ebright*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
777 6th Street NW, Suite 1100
Washington, DC 20001
Telephone: (202) 249-7196
Fax: (202) 223-2683
ebrightk@brennan.law.nyu.edu

**Admission pro hac vice pending*

*Counsel for Amicus Curiae the Brennan Center for Justice at NYU School of Law*

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 51.

SO ORDERED.

September 23, 2026