**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMERICAN FRIENDS SERVICE COMMITTEE, CENTER FOR CONSTITUTIONAL RIGHTS, HUMAN RIGHTS WATCH, and OPEN SOCIETY INSTITUTE,

*Plaintiffs*,

v.

Donald J. TRUMP, in his official capacity as President of the United States; UNITED STATES DEPARTMENT OF STATE; MARCIO A. RUBIO, in his official capacity as Secretary of State; UNITED STATES DEPARTMENT OF THE TREASURY; SCOTT K. H. BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as Attorney General; OFFICE OF FOREIGN ASSETS CONTROL; and BRADLEY T. SMITH, in his official capacity as Director of the Office of Foreign Assets Control.

*Defendants*.

No. 26-cv-6830 (JMF)

**NOTICE OF MOTION OF INTERNATIONAL LAW SCHOLARS AND PRACTITIONERS TO PARTICIPATE AS *AMICI CURIAE***

**PLEASE TAKE NOTICE** that *Amici* International Law Scholars and Practitioners hereby move before the United States District Court for the Southern District of New York for leave to participate in this matter as *Amici Curiae*, and request that the proposed brief that accompanies this motion be filed in the above-captioned matter. In support of its motion, *Amici* will rely upon the Declaration of Michael R. Noveck, as well as the accompanying brief. A proposed form of Order is submitted herewith.

Dated: September 23, 2026

Respectfully submitted,

*s/ Michael R. Noveck*
Michael R. Noveck (MN1098)
Lawrence S. Lustberg
**FBT Gibbons LLP**
One Gateway Center
Newark, NJ 07102
(973) 596-4500
mnoveck@fbtgibbons.com
llustberg@fbtgibbons.com

*Counsel for Proposed* Amici Curiae