UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN FRIENDS SERVICE COMMITTEE et al.,

Plaintiffs,

-v-

PRESIDENT DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,

Defendants.

---

26-CV-6830 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Earlier today, the Court issued an Opinion and Order granting in substantial part the preliminary injunctive relief sought by the plaintiffs in *Democracy for the Arab World Now, Inc. v. Trump*, No. 26-CV-5957 ("*DAWN*"); *see also* ECF No. 14 (identifying this case as related to *DAWN*). Plaintiffs American Friends Service Committee et al. should address the import for this case, if any, of the Court's ruling in *DAWN* in their forthcoming reply in support of their motion for a preliminary injunction. Further, **no later than October 22, 2026**, Defendants shall file a supplemental memorandum, not to exceed 2,500 words, addressing the same issue.

Additionally, no later than **October 20, 2026**, the parties shall confer and file a joint letter indicating whether they consent to consolidation of the preliminary injunction motion with a trial on the merits pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure. *See Rona v. Trump*, 797 F. Supp. 3d 278, 281 (S.D.N.Y. 2025) ("Because the facts are undisputed and the issues are purely ones of law, the Court proposed, and the parties ultimately agreed to, consolidation of Plaintiffs' motion for a preliminary injunction with adjudication of the merits."); *Citibank, N.A. v. Brigade Cap. Mgmt., LP,* 49 F.4th 42, 57 n.9 (2d Cir. 2022) (noting that consolidating the hearing on a preliminary injunction motion with trial on the merits "can vastly improve the efficiency and value of the judicial process"); *see also* Consented-to Motion for Consolidation, *Prost v. Trump*, No. 26-CV-5305 (JMF), ECF No. 63 (requesting that the Court consolidate the trial on the merits of the plaintiffs' *ultra vires* claims with consideration of their pending motion for a preliminary injunction). If either side does not consent, it should include in the joint letter a brief statement of the reasons for that position.

SO ORDERED.

Dated: October 13, 2026
New York, New York

JESSE M. FURMAN
United States District Judge