FOLEY HOAG LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

617.832.1000 main
617.832.7000 fax

Andrew B. Loewenstein
aloewenstein@foleyhoag.com

October 19, 2026

**Via ECF**

Hon. Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *American Friends Service Committee, et al. v. Trump, et al.*, Case No. 26-cv-6830, Joint Motion to Extend Time to File and To Exceed Word Limit

Dear Judge Furman:

This firm represents Plaintiffs American Friends Service Committee, Center for Constitutional Rights, Human Rights Watch, and Open Society Institute in the above-captioned action.

Plaintiffs write jointly with Defendants to request (1) an enlargement of the word limit on their forthcoming briefs of an additional 1,500 words each; and (2) an extension of time of one week, until October 29, 2026, to file those briefs, which are currently due on October 22, 2026.

As good cause, the parties respectfully submit that the enlargement of the word limit and deadline would permit them to adequately brief the implications of the Court's preliminary injunction decision in the *DAWN* litigation per the Court's order of October 13, 2026, ECF No. 71, as well as the implications of the October 9, 2026 designation of the International Criminal Court for sanctions pursuant to Section 1(a)(ii)(A) of Executive Order 14,203, *see* OFAC, *Specially Designated Nationals List Update* (Oct. 9, 2026), https://ofac.treasury.gov/recent-actions/20261009; U.S. Dep't of State, *Press Statement: Imposing Sanctions on the International Criminal Court* (Oct. 9, 2026), https://www.state.gov/releases/office-of-the-spokesman/2026/10/imposing-sanctions-on-the-international-criminal-court. Defendants' supplemental memorandum will be limited to addressing those two issues; Plaintiffs' reply brief will be limited to addressing those issues as well, in addition to the arguments made in Defendants' opposition to the motion for preliminary injunction.

The Court entered an Order adopting the parties' proposed briefing schedule on August 24, 2026. *See* ECF No. 37. This is the first request for an extension of the deadline for either

Plaintiffs' reply in support of the motion for preliminary injunction or Defendants' supplemental brief.

Respectfully submitted,

/s/ Andrew B. Loewenstein
Andrew B. Loewenstein
*Counsel for Plaintiffs*

cc: All Counsel of Record (via ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 74.

SO ORDERED.

October 20, 2026