FOLEY HOAG LLP

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

617.832.1000 main
617.832.7000 fax

Andrew B. Loewenstein
aloewenstein@foleyhoag.com

October 20, 2026

**Via ECF**

Hon. Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *American Friends Service Committee, et al. v. Trump, et al.*,
Case No. 26-cv-6830

Dear Judge Furman:

Plaintiffs in the above-referenced action write on behalf of both parties pursuant to the Court's October 13, 2026 Order "indicating whether they consent to consolidation of the preliminary injunction motion with a trial on the merits pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure," ECF No. 71.

Plaintiffs respectfully submit that Counts I, II, III, V, VI, VII, IX, X (insofar as it concerns claims other than the claim arising under Administrative Procedure Act), and XII, be consolidated with consideration of the motion for a preliminary injunction, with the remaining claims (Counts IV, VIII, X insofar as it seeks declaratory relief on the APA, and XI) being addressed initially in the pending preliminary injunction motion and then subject to trial on the merits in due course, if necessary. In that connection, Plaintiffs observe that a judgment on the merits declaring the Sanctions Regime *ultra vires* would render moot the Court's need to address the Complaint's remaining claims, thereby serving the interests of judicial economy. Those claims include those for which Plaintiffs do not currently propose consolidation as, depending on the Court's disposition of the motion for preliminary injunction, further litigation might be appropriate.

Defendants do not object to the consolidation of all claims, subject to their reservation of all appellate rights.

Respectfully submitted,

/s/ Andrew B. Loewenstein
Andrew B. Loewenstein
*Counsel for Plaintiffs*

cc: All counsel of record (via ECF)